Motion prepared and submitted by the following Unrepresented Debtor
Name:   Helen Cameron
Address: P.O. Box 260672 - 98 Topliff Street - Boston, MA 02126

U.S. BANKRUPTCY COURT

2017 APR -3  A 10: 18

United States Bankruptcy Court
Eastern District of Massachusetts

In Re:
Helen Cameron,
Debtor
Case Filing Date: March 20, 2017

Chapter 7
Case No: 17-10933
Judge Frank J. Bailey

DEBTOR'S MOTION FOR RELIEF FROM ORDER TO UPDATE

(With Supporting Declaration)

1. <u>Motion/Declaration/Grounds</u>:

Debtor requests relief from the Order to Update dated 3/20/2017. Grounds and Reasons therefor being: Debtor needs additional time to update and/or file the missing case opening documents outlined in the attached copy of the Order to Update. The Debtor has suffered irreparable harm perpetrated by a non-party self-described "Receiver" appointed by a State Court to coordinate repairs to Debtor's property. The Receiver says he is an attorney named Joshua Krefetz, herein "Receiver". Said Receiver generally committed fraud against the Debtor and against this Court by identifying himself to this Court in a Motion for Relief From Automatic Stay as Municipal entity, which he is not. The Receiver is an independent contractor subject to the Automatic Stay. The Receiver's Motion for Relief From Stay was granted by this Court and the Receiver immediately commenced or continued action against the Debtor and the Debtor's property during the Debtor's statutory 10-day appeal period. The Receiver constructively and unlawfully evicted the Debtor from her home and force-locked the Debtor out of her home by threats and virtually with one or more loaded or unloaded guns in violation of the State Court

Receivership Orders and in violation of this Court's Order for Relief. Consequently, much data needed to prepare and file the missing documents was lost, irretrievably damaged, or stolen.

Wherefore, Debtor requests an Order extending the time from April 3, 2017 indefinitely and while her appeal is pending and in the alternative any other relief the Court deems just and fair.

Date of s 341(a) Meeting of Creditors: _____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 3rd day of April, 2017

Signed: _____, Unrepresented Debtor

Certificate of service: I certify that I mailed a copy by first class mail sufficient postage affixed of the above DEBTOR'S MOTION FOR RELIEF FROM ORDER TO UPDATE on April 3, 2017 as follows:

Joshua Krefetz
Krefetz Law Firm
P.O. Box 88
Somerville, Ma 02143

John O Desmond, Unsecured Creditor Trustee
5 Edgehill Road, Suite 30A
Framingham, MA 01701

John Fitzgerald, Assistant U.S. Trustee
5 Post Office Square -11 th Floor
Boston, MA 02108

Respectfully submitted,
Helen Cameron
POB 672 Boston, MA 02126
April 3, 2017

## ORDER

For good cause appearing, it is hereby ORDERED

The time to file required documents is extended indefinitely or until _____.

Signed: _____, Judge         Date:_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In Re: | Helen Cameron | Chapter: 7 |
|---|---|---|
| | Debtor, | Case No: 17-10933 |
| | | Judge Frank J. Bailey |

### ORDER TO UPDATE
*(Individuals Filing Chapter 7)*

**TO THE DEBTOR AND DEBTOR(S) COUNSEL, IF ANY:**

**YOU ARE HEREBY ORDERED** to file with this Court the document(s) checked below. Failure to file the required documents with the Clerk's Office may result in the dismissal of your case. If you have questions, you may wish to consult an attorney to protect your rights.

Please note that if not dismissed earlier, the case **MUST** be automatically dismissed under 11 U.S.C. §521(i) if certain documents are not filed within 45 days of the date of the filing of the petition. If you file another bankruptcy petition within 12 months of the dismissal, the automatic stay may be limited or may not take effect depending upon your circumstances.

**NOTE: Official Forms, Director Forms and Local Forms may be downloaded from the Court's website at www.mab.uscourts.gov**

☐ — Matrix Sheet: A pdf document listing the names and addresses of all of your creditors, formatted as described in *Local Form 1*.
Due:

☐ — Upload Matrix to ECF: A .txt file listing the names and addresses of all of your creditors must be uploaded. (From the ECF Bankruptcy Menu, select "Creditor Maintenance" then select Upload list of creditors file.)
Due:

☐ — Verification of Matrix
Due:

☐ — Statement About Your Social Security Number(s) *(Official Form 121)*
Due:

☐ — Debtor(s) Telephone Number (Pro se Debtors Only)
Due:

☐ — Signature missing or incorrect; Debtor(s) must sign page 6 and 8, if appropriate; Attorney, if any, must sign page 7.
Due:

☐ — Filing fee: (**NOTE:** No debtor checks accepted; money order or bank checks only made payable to: *"Clerk, U.S. Bankruptcy Court"*).

  ☐ — Payment in the full amount of $335.00; or an Application for Individuals to Pay the Filing Fee in Installments, *(Official Form 103A)*, with an initial one-third minimum payment of $112.00; or

  ☐ — Application to Have the Chapter 7 Filing Fee Waived *(Official Form 103B)*

Due:

☐ — Disclosure of Compensation of Bankruptcy Petition Preparer *(Director's Form 2800)* (Pro se Debtors Only)
Due:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

☐ — Bankruptcy Petition Preparer's Notice, Declaration, and Signature, *(Official Form 119)* (Pro se Debtors Only)

Due:

☐ — Initial Statement About an Eviction Judgment Against You *(Official Form 101A)*

Due:

☐ — Statement About Payment of an Eviction Judgment Against You *(Official Form 101B)*

Due:

☐ — Declaration of Electronic Filing *(Local Form 7)*

Due:

☑ — Statement of Intention for Individuals Filing Under Chapter 7 *(Official Form 108)*

Due:    Within 30 days of the filing of your bankruptcy petition or the scheduled date of the §341 Meeting of Creditors, whichever is earlier.

☐ — Other:

**The documents checked below must be filed with the Court no later than 4:30 p.m. on 4/3/17**

☑ Pre-petition Credit Counseling:    Debtor 1 X    Debtor 2    Both Debtor 1 and 2

    ☐ Certificate of (Pre-petition) Credit Counseling; and if developed prior to filing, a copy of the Debtor Repayment Plan; or

    ☐ Certified Request for an Extension of Time to File a (Pre-Petition) Credit Counseling Certificate. *(See Local Form 9 enclosed)*; or

    ☑ Motion Requesting Waiver of Credit Counseling Requirement Due to Incapacity, Disability, or Active Duty under 11 U.S.C. § 109(h). (A sample Motion is available at www.mab.uscourts.gov, under "other forms")

☑ Schedule(s) are missing or incomplete: A/B-J

☑ Summary of Your Assets and Liabilities and Certain Statistical Information *(Official Form 106Sum)*

☑ Declaration About an Individual Debtor's Schedules *(Official Form 106Dec)*

☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy *(Official Form 107)*

☐ Disclosure of Compensation of Attorney for Debtor *(Director Form 2030)*

☑ Chapter 7 Statement of Your Current Monthly Income *(Official Form 122A-1)*

☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) *(Official Form 122A-1Supp)*

☐ Chapter 7 Means Test Calculation *(Official Form 122A-2)*

☐ New schedule listing post-petition creditors (in converted cases only). Please check one of the options below, then sign and date and return to the Court at the address below.

    ☐ List and Verified Declaration attached

    ☐ No post-petition creditors Signature _____    Date _____

---

⦿ United States Bankruptcy Court
John. W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

◯ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

◯ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105-2925

---

Date:3/20/17                                    By the Court,

                                               Miguel Lara
                                               Deputy Clerk
                                               617-748-5331