Motion prepared and submitted by the following Unrepresented Debtor

United States Bankruptcy Court
Eastern District of Massachusetts

U.S. BANKRUPTCY COURT
2017 APR -3  A 10: 18

In Re:
Helen Cameron,
Debtor
Case Filing Date: March 20, 2017

Chapter 7
Case No: 17-10933
Judge Frank J. Bailey

DEBTOR'S MOTION FOR LEAVE TO FILE SUIT IN STATE COURT AGAINST THE RECEIVER'S BOND AND MOTION FOR AN ORDER TERMINATING RECEIVERSHIP OF DEBTOR'S PROPERTY AND RENTS AND FOR A TEMPORARY RESTRAINING ORDER AGAINST THE RECEIVER

Now comes Debtor and moves this Honorable Court for Leave to File Lawsuit in State Court against a non-party Receiver. The Debtor has suffered irreparable harm perpetrated by a non-party self-described "Receiver" appointed by a State Court to coordinate repairs to Debtor's property. The Receiver says he is an attorney named Joshua Krefetz, herein "Receiver". Said Receiver generally committed fraud against the Debtor (and against this Court) by identifying himself to this Court in a Motion for Relief From Automatic Stay as Municipal entity - which he is not. The Receiver is an independent contractor subject to the Automatic Stay. The Receiver's Motion for Relief From Stay was granted by this Court based on the misrepresentations made by the Receiver and the Receiver immediately commenced or continued action against the Debtor and the Debtor's property and during the Debtor's statutory 10-day appeal period. The Receiver constructively and unlawfully evicted the Debtor from her home and force-locked the Debtor out of her home by threats and attempted an unlawful entry to Debtor's property virtually with one or more loaded or unloaded guns in violation of the State Court Receivership Orders and in violation of this Court's order for relief from stay. Receiver

Document    Page 2 of 3

allowed a Bank Officer to enter the property to "do an inspection" along with the Receiver and "police" officers – one of who ordered the Debtor to leave her property as Receiver locked it without providing Debtor a key.

Wherefore, Debtor requests 1) leave to file suit against a Receiver in State Court and 2) order terminating State Court Ordered Receivership of Debtor's property and rents and 3) order restraining the Receiver and his agents from interfering with Debtor's property, rents, and bankruptcy benefits, and 4) Order directing the Receiver to turn over to Debtor any rents collected on account of Debtor's property and to notify all affected parties of the termination of Receivership effective immediately, and 5) Order affected rental agencies owing rent to the Debtor to commence paying rent to the Debtor per agreement and not to the Receiver, and 6) order voiding unlawful foreclosure by entry and possession, if any, and 7) any other relief this Court deems just and proper.

Respectfully submitted,

Helen Cameron
POB 260672 – 98 Topliff Street
Boston, MA 02126

Verification: I swear under pains and penalties of perjury the aforestated is true to the best of my knowledge and belief. Sworn this 3rd day of April, 2017.
Signed : Helen Cameron _____ Date: April 3, 2017

## ORDER

The Receiver, his agents and employees, are precluded from entry onto Debtor's property at 98 Topliff Street, Dorchester, MA 02122 and any prior entry thereon for the purpose of foreclosing is void and of no effect. Receivership of said property is terminated effective immediately by order of this Bankruptcy court; Debtor's motion for the following is allowed in its entirety: 1) leave to file suit against a Receiver in State Court and 2) order terminating State Court Ordered Receivership of Debtor's property and rents and

3) <u>order restraining the Receiver and his agents</u> from interfering with Debtor's property, rents, and bankruptcy benefits, and 4) Order directing the Receiver to turn over to Debtor any rents collected on account of Debtor's property and to notify all affected parties of the termination of Receivership effective immediately, and 5) Order affected rental agencies owing rent to the Debtor to commence paying rent to the Debtor per agreement and not to the Receiver, and 6) order voiding unlawful foreclosure by entry and possession, if any, and 7) any other relief this Court deems just and proper.
SO ORDERED
         Signed: _____
                 Frank Bailey, Bankruptcy Court Judge


Certificate of service: I certify that I mailed a copy by first class mail sufficient postage affixed of the above DEBTOR'S MOTION DEBTOR'S MOTION FOR LEAVE TO FILE SUIT IN STATE COURT AGAINST THE RECEIVER'S BOND AND MOTION FOR AN ORDER TERMINATING RECEIVERSHIP OF DEBTOR'S PROPERTY AND RENTS AND FOR A TEMPORARY RESTRAINING ORDER AGAINST THE RECEIVER on April 3, 2017 as follows:

Joshua Krefetz                          John O Desmond, Unsecured Creditor Trustee
Krefetz Law Firm                        5 Edgehill Road, Suite 30A
P.O. Box 88                             Framingham, MA 01701
Somerville, Ma 02143

John Fitzgerald, Assistant U.S. Trustee
5 Post Office Square -11 th Floor
Boston, MA 02108

Respectfully submitted,

*(signature)*

Helen Cameron
POB 672 Boston, MA 02126
April 3, 2017


Page 3 - DEBTOR'S MOTION DEBTOR'S MOTION FOR LEAVE TO FILE SUIT IN STATE COURT AGAINST THE RECEIVER'S BOND AND MOTION FOR AN ORDER TERMINATING RECEIVERSHIP OF DEBTOR'S PROPERTY AND RENTS AND FOR A TEMPORARY RESTRAINING ORDER AGAINST THE RECEIVER, etc.