UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                    Chapter 7

Helen Cameron                                    Case No. 17-10933-FJB
    Debtor

JOINT MOTION TO CONTINUE HEARING ON
RECEIVER'S MOTION FOR RELIEF FROM STAY

John O. Desmond, the Chapter 7 Trustee, and Joshua Krefetz, the Receiver appointed by the Boston Housing Court, request that the Court continue the hearing on the Receiver's Motion for Relief from stay (Docket No. 17) scheduled for 10:30 a.m. on April 19, 2017 for one week.  This request is made because both the Trustee and the Receiver will be away from Massachusetts the week of April 19, 2017 which is school vacation week.

    1. The trustee has no objection to the motion for relief from stay.

    2. The Receiver hereby waives the right to a hearing within 30 days as required by 11 U.S.C. §362(e).

    3. The parties are not requesting that the hearing on the motion to extend the automatic stay  (Docket No. 22) be continued.

WHEREFORE, John O. Desmond, the Chapter 7 Trustee, and Joshua Krefetz, the Receiver appointed by the Boston Housing Court, request that the Court continue the hearing on the Receiver's Motion for Relief from stay scheduled for 1:30 a.m. on April

*[Margin annotation, signed by Judge F. J. Bailey:]* 04/06/2017 Granted. The hearing is continued to May 3, 2017 at 10:30 A.M. The Receiver, Joshua Krefetz having waived his rights to a hearing within 30 days as required by 11 U.S.C. Section 362(e), the Automatic Stay is Extended through the continued hearing.