UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                             Case no.: 17-10933

[NAME OF DEBTOR(S)]

         Debtor(s).                                Chapter 7

Helen Y. Camem

**DEBTOR'S MOTION TO WAIVE
OF CREDIT COUNSELING REQUIREMENT**

To: [ Judge Frank Bailey ]:

Debtor requests a waiver of the credit counseling requirement set forth in 11 U.S.C. Section 109(h) because of incapacity, disability or active military duty in a military combat zone.

1. Disability: Chronic migraine w/ aura; in countenance; Closed head injury affecting vision & balance.

2. *See instructions: choose one of the following:* "The debtor has a disability as is defined and described in 11 U.S.C. Section 109(h) and is physically unable, after reasonable effort, to participate in an in person, telephone or Internet briefing as required by 11 U.S.C. Section 109(h)(1)" *or* "The debtor lacks capacity ("incapacity") as is defined and described in 11 U.S.C. Section 109(h)(4)."].

Wherefore, the Debtor(s) respectfully request(s) that the Court grant a waiver of the credit counseling requirement set forth in Section 109(h).

Pro Se

/s/ Name of Debtor   Helen Y. Camem
[*Typed name of Debtor. If pro se, the Debtor must sign this motion*]
(*Required signature block*)

4/10/17

(OR)

/s/ Counsel for Debtor(s)
Counsel for Debtor(s)
(*Required signature block*)

[Stamp: 2017 APR 10 P 2: 00  U.S. BANKRUPTCY COURT]

## CERTIFICATE OF SERVICE

I, <u>Helen Cameron</u>, hereby certify that on <u>4-10-17</u> I
[Print/Type Name]                                    [Date]

mailed a true and complete copy of <u>Debtor's Motion For Waiver of Credit Counseling Requirement</u>
[Name of Document]

via United States Postal Service first class mail, with adequate postage prepaid, addressed

to the following parties below:

<u>/s/</u>
[Signature]

<u>POB 260672 - 98 Topliff St</u>
[Address]

<u>Boston, MA 02126</u>
[City/Town, State, Zip]

<u>617-822-0099</u>
[Telephone Number]

(List the name and mailing address of each person. Use additional pages if necessary.
See MLBR 9013-3(c).)