United States Bankruptcy Court - Eastern Massachusetts

5 Post Office Square - Floor 11

Boston, MA 02108

In Re: Helen Cameron, Debtor          Chapter 7 Case No: 17-10933 FJB

Request/DEBTOR'S NOTICE OF TELEPHONIC APPEARANCE

Debtor hereby notices, pursuant to Americans With Disabilities Act, her appearance telephonically at the hearing scheduled for April 19, 2017 at 9:00 P.M before the Honorable Judge Frank Bailey. Debtor has no information regarding CourtRoom Number. Please acknowledge this telephonic appearance in the Docket. Debtor can be reached at 617-822-0099 at any time

Respectfully,

Helen Cameron

POB 260672

Boston, MA 02126

April 17, 2017

Cc: John Fitzgerald, U.S. Trustee

John O Desmond, Unsecured Creditor Trustee

Joshua Krefetz

U.S. BANKRUPTCY COURT
2017 APR 17 A 11: 02

1