United States Bankruptcy Court - Eastern Massachsuetts

5 Post Office Square - Floor 11

Boston, MA 02108

U.S. BANKRUPTCY COURT
2017 APR 18  A 8: 39

In Re: Helen Cameron, Debtor, Unrepresented     Chapter 7 Case NO.:
17-10933 FJB

DEBTOR'S MOTION FOR RECONSIDERATION OF DENIAL OF DEBTOR'S MOTION TO WAIVE PETITION FILING FEE AND ORDER TO PAY FILING FEE IN INSTALLMENTS OR IN THE ALTERNATIVE EXTEND TIME TO PAY FIRST INSTALLMENT FROM APRIL 18, 2017 TO JULY 18, 2017.

Now comes the Debtor and moves this Honorable Court for reconsideration of denial of Debtor's Motion to Waive Petition Filing Fee and Order to Pay Filing Fee in Installments or in the Alternative Extend Time to Pay First Installment From April 18, 2017 to July 18, 2017 pursuant to FRBP Rule 1006. As grounds and reasons, the Debtor has insufficient cash to pay said fees without depriving herself of basic necessities of life.

Respectfully,

Helen Cameron - POB 672 - 98 Topliff Street - Boston, MA 02126

April 17, 2017

Affidavit: I swear that the above is true to the best of my knowledge and belief under pains and penalties of perjury. Sworn this 18th day of April, 2017.

Signed: Helen Cameron

Certificate of Service: On April 18, 2017 I mailed a copy of the above by first class mail sufficient postage affixed as follows:

John Fitzgerald, U.S. Trustee - 5 Post Office Square - Floor 11 - Boston, MA 02108

1

John O. Desmond, Unsecured Creditor's Trustee - 5 Edgehill Rd. Ste 30A - Framingham, MA 01701

Joshua Krefetz - POB 88 - Somerville, Ma 02143

Signed: Helen Cameron