United States Bankruptcy Court - Eastern Massachusetts

5 Post Office Square - Floor 11

Boston, MA 02108

In Re: Helen Cameron, Debtor                Chapter 7 Case No: 17-10933 FJB

Request/DEBTOR'S NOTICE OF TELEPHONIC APPEARANCE

Debtor hereby notices, pursuant to Americans With Disabilities Act, her appearance telephonically at the hearing scheduled for April 19, 2017 at 9:00 P.M before the Honorable Judge Frank Bailey. Debtor has no information regarding CourtRoom Number. Please acknowledge this telephonic appearance in the Docket. Debtor can be reached at 617-822-0099 at any time

Respectfully,

Helen Cameron

POB 260672

Boston, MA 02126

April 17, 2017

Cc: John Fitzgerald, U.S. Trustee

John O Desmond, Unsecured Creditor Trustee

Joshua Krefetz

04/18/2017. Moot as the hearings have been continued to May 3, 2017. The Court notes that requests to appear telephonically at the May 3, 2017 hearing will not be allowed.

U.S. BANKRUPTCY COURT
2017 APR 17 A 11: 02

1