UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Helen Cameron
Debtor,

Chapter: 7
Case No: 17−10933
Judge Frank J. Bailey

**ORDER OF DISMISSAL**

Due to the failure of the Debtor to comply with the Court's Order of **MARCH 20, 2017** , and the Debtor having failed to file timely the **Statement of Intent** , it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

By the Court,

Frank J. Bailey

U.S. Bankruptcy Judge

04/25/2017